■■ The People of the State of New York, Respondent, v RODRIGO MODESTO, Appellant. [693 NYS2d 61] —Appeal by the defendant from (1) a judgment of the Supreme Court, Kings County (Feldman, J.), rendered May 9, 1997, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence, and (2) a resentence of the same court, imposed February 5, 1998.

Ordered that the judgment and the resentence are affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish beyond a reasonable doubt that the appellant was one of numerous gang members who perpetrated a vicious fatal assault upon an individual believed to be a member of a rival gang. Although the appellant was not among the assailants using knives or ice picks, the evidence nevertheless established that he shared a community of purpose with his fellow gang members (*see, People v Cabey,* 85 NY2d 417; *People v Allah,* 71 NY2d 830). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The appellant's remaining contentions are without merit (*see, People v Ramos,* 262 AD2d 587 [decided herewith]). S. Miller, J. P., Ritter, Thompson and Altman, JJ., concur.